PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-po-00251-DB |
| Plaintiff, | **STIPULATION AND ORDER TO RESET COLLATERAL AND CONTINUE STATUS CONFERENCE** |
| v. | |
| ROBERT D. LEE, | |
| Defendant. | DATE: September 27, 2022<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Deborah Barnes |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on September 27, 2022.

2. Since the status conference, the defendant has agreed to complete traffic school and pay a fine.

3. By this stipulation, the parties now jointly move to reset collateral to the following amount: $200.00. The mandatory processing fee of $30 remains the same.

STIPULATION AND ORDER                1                U.S. V. ROBERT D. LEE

4. The parties further stipulate that the status conference be continued 90 days, to December 20, 2022. Should defendant complete traffic school and pay the collateral amount, the case will be closed and the status conference date vacated.

IT IS SO STIPULATED.

DATED: September 20, 2022        PHILLIP A. TALBERT
                                 United States Attorney


                            By:  */s/ Alstyn Bennett*
                                 ALSTYN BENNETT
                                 Assistant U.S. Attorney



                                 */s/ Linda Allison*
                                 LINDA ALLISON
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 (*Per 09/20/2022 email authorization from Linda Allison*)


### FINDINGS AND ORDER

IT IS SO ORDERED, that the collateral amount is **RESET** to $200.00 with the mandatory processing fee of $30 to remain the same, and the status conference currently scheduled for September 27, 2022 be **CONTINUED** until **December 20, 2022, at 09:30 AM.** Should defendant complete traffic school and pay the collateral amount, the status conference date shall be **VACATED.**

FOUND AND ORDERED.


Dated: September 22, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE